Law Office Of L. Marcel Stewart
L. Marcel Stewart
California Bar No. 250290
121 Broadway, Suite 349
San Diego, CA 92101
Telephone: (619) 702-4123
Facsimile:  (619) 515-6336
Email:      lmslaw@att.net

Co-counsel for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08MJ0857 |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| MIGUEL MENDIOLA-MARTINEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as co-counsel for the Defendant in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following attorney (who is admitted to practice before this court or authorized to practice under CivLR 83.3.c.3-4) is also associated with this case, and should be listed as lead defense counsel for CM/ECF purposes. However, both counsel would like to receive all Notices of Electronic Filings relating to activity in this case:

Name: (If none, enter "None" below)

1.    Genaro Lara:   genarolara@att.net

Please call me if you have any questions about this notice.

Dated: March 28, 2008

           Respectfully submitted,

           <u>s/ L.Marcel Stewart</u>
           L. Marcel Stewart
           Co-counsel for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MIGUEL MENDIOLA-MARTINEZ,<br><br>    Defendant. | Magistrate Case No. 08MJ0857<br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

  I, L. MARCEL STEWART, am a citizen of the United States and am at least eighteen years of age. My business address is 121 Broadway, Suite 365, San Diego, California 92101.

  I am not a party to the above-entitled action. I have caused service of the foregoing Notice of Appearance on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

  1.  Douglas Keehn, Attorney for the Plaintiff United States of America:

    Douglas Keehn@us.doj.gov

  I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2008.

                /s/ L. Marcel Stewart
                L. MARCEL STEWART