UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj857 |
| vs | ) | ABSTRACT OF ORDER |
| MIGUEL MENDIOLA-MARTINEZ | ) | Booking No. 07888298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4/1/08 the Court entered the following order:

**X** Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

**X** Defendant released on $ 35,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Received _____
DUSM

Crim-9  (Rev 6-95)    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY